**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Edwin Randal COSTON, a.k.a. Allah Allah, Defendant–Appellant.**

No. 14–30129.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 19, 2015.

Carl Andrew Colasurdo, Assistant U.S., Amy Jaquette, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Edwin Randal Coston, pro se.

Terence Michael Ryan, Terence Ryan Law Office, Spokane, WA, for Defendant–Appellant.

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

MEMORANDUM ***

Edwin Randal Coston, a.k.a. Allah, appeals from the district court's judgment and challenges his jury-trial conviction and

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

41–month sentence for mailing a threatening communication, in violation of 18 U.S.C. § 876(c). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Coston's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Coston has submitted several pro se filings contesting the jurisdiction of the district court and this court, and seeking to void the judgment against him and obtain immediate release as well as compensation. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

All other pending motions are **DENIED**.

**AFFIRMED**.